CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/27/2021
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| MARTIN MISJUNS, | ) |
| Plaintiff, | ) |
| v. | ) |
| LYNCHBURG FIRE DEPARTMENT, | ) Civil Action No. 6:21CV00025 |
| and | ) |
| CITY OF LYNCHBURG, | ) |
| and | ) |
| MARY JANE TOUSIGNANT DOLAN, (in her official capacity) | ) |
| and | ) |
| BEAU WRIGHT, (in his official capacity) | ) |
| and | ) |
| REID WODICKA, (in his official capacity) | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants Lynchburg Fire Department, City of Lynchburg, Mary Jane Tousignant Dolan, Beau Wright, and Reid Wodicka, by counsel, and, pursuant to 28 USC § 1446, et seq., gives notice of removal of these matters to the United States District Court for the Western District of Virginia, Lynchburg Division. As their grounds for removal, defendants state the following:

1. On March 31, 2021, plaintiff filed a Complaint in the Circuit Court for the City of Lynchburg ("Circuit Court") against Lynchburg Fire Department, City of Lynchburg, Mary Jane Tousignant Dolan (in her official capacity), Beau Wright (in his official capacity), and Reid Wodicka (in his official capacity). The Clerk of the Circuit Court assigned the case number CL21000295-00 to the matter.

2. Thereafter plaintiff obtained service of process on the first named defendant on April 6, 2021. Service on the remaining defendants was effectuated on April 7, 2021.

3. Jurisdiction of this Court is proper in these matters based upon the First Amendment, pursuant to 42 USC § 1983.

4. Defendants have attached hereto copies of all process, pleadings and orders served upon it, or otherwise in their possession.

5. Defendants delivered notice of the filing of this Notice of Removal to the Circuit Court for the City of Lynchburg, and to the Plaintiff, which Notice of Filing Notice of Removal is attached hereto.

WHEREFORE, Lynchburg Fire Department, City of Lynchburg, Mary Jane Tousignant Dolan, Beau Wright, and Reid Wodicka hereby give notice of removal of these actions to this Court from the Circuit Court for the City of Lynchburg.

    Respectfully submitted,

    LYNCHBURG FIRE DEPARTMENT,
    CITY OF LYNCHBURG,
    MARY JANE TOUSIGNANT DOLAN,
    BEAU WRIGHT,
    and
    REID WODICKA

    /s/ Jennifer D. Royer

Of Counsel

Jennifer D. Royer, VSB # 68099
ROYER LAW FIRM, P.C.
PO BOX 4525
Roanoke, Virginia 24015
540.788.2982  Telephone
540.675.4093  Facsimile
jroyer@royerlawfirm.com
*Counsel for Defendants*

## CERTIFICATE

I HEREBY CERTIFY that on the 27th day of April, 2021, I caused a true copy of the foregoing to be sent via US Mail, first class and postage prepaid, to the following:

James D. Fairchild, Esq.
Rick Boyer, Esq.
FAIRCHILD & YODER, PLLC
18264 Forest Rd.,
Lynchburg, Virginia 24551

/s/ Jennifer D. Royer
Jennifer D. Royer, VSB # 68099
ROYER LAW FIRM, P.C.
PO BOX 4525
Roanoke, Virginia 24015
540.788.2982  Telephone
540.675.4093  Facsimile
jroyer@royerlawfirm.com
*Counsel for Defendants*