CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/20/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

LYNCHBURG DIVISION

| | |
|---|---|
| MARTIN J. MISJUNS,<br><br>                *Plaintiff*,<br><br>v.<br><br>LYNCHBURG FIRE DEPARTMENT, *et al.*,<br><br>                *Defendants*. | CASE NO. 6:21-cv-25<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This case comes before the Court on Defendants' motion to dismiss, Dkt. 25. This motion is **GRANTED IN PART** and **DENIED IN PART**. For the reasons discussed in an accompanying opinion, Plaintiff's First Amendment claims against the City survive, while his other claims, including all claims against Lynchburg Fire Department, Mary Jane Tousignant Dolan, Beau Wright, and Reid Wodicka are dismissed.

\* \* \* \*

The Clerk of the Court is hereby directed to send this Order to all counsel of record.

Entered this **20th** day of April, 2023.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

1