# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# Lynchburg Division

**MARTIN J. MISJUNS**,

Plaintiff,

v.                                      Case No. 6:21-cv-25

**CITY OF LYNCHBURG**

**MARY JANE TOUSIGNANT DOLAN** (sued in her official capacity)

**BEAU WRIGHT** (sued in his official capacity)

and

**REID WODICKA,** (sued in his official capacity)

Defendants.

### NOTICE OF APPEAL

Notice is hereby given that Martin J. Misjuns, Intervenor Plaintiff in the above-named case, does hereby appeal to the United States Court of Appeals for the Fourth Circuit from that portion of the Final Order and Judgment entered in this action on the 20th Day of April, 2023 granting Defendants' motions to dismiss claims against the City of Lynchburg. [Dkt. No. 36].

Plaintiff does not appeal dismissal of claims against the individual Defendants named herein (Dolan, Wright and Wodicka), nor dismissal of claims against the Lynchburg Fire

Department, but appeals dismissals of all dismissed counts in his complaint against the City of Lynchburg.

Respectfully Submitted,

**MARTIN J. MISJUNS**

By Counsel

_____/s/_____
James D. Fairchild, Esq. (VSB No. 83174)
FAIRCHILD & YODER, PLLC
18264 Forest Rd.
Forest, VA 24551
Phone: 434-846-5470
Fax: 434-385-1319
Email: jd@fypllclaw.com


_____/s/_____
Rick Boyer, Esq. (VSB No. 80154)
FAIRCHILD & YODER, PLLC
18264 Forest Rd.
Forest, VA 24551
Phone: 434-846-5470
Fax: 434-385-1319
Email: rick@fypllclaw.com


**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May, 2023, I caused a true and accurate copy of the foregoing to be sent to the following counsel for Defendants via this Court's CM/ECF system:

Jennifer D. Royer, Esq. VSB # 68099
Kristin B. Wright, VSB #41314
ROYER LAW FIRM, P.C.
1901 Denniston Ave., SW
P.O. Box 4525

Roanoke, VA 24015
Phone: 540-788-2982
Fax: 540-675-4093
Email: jroyer@royerlawfirm.com

and

Matthew C. Freedman, Esq.
900 Church Street
Lynchburg, VA 24504
Phone: (434) 455-3980
Fax: (434) 847-9049
Email: matthew.freedman@lynchburgva.gov
*Counsel for Defendants*

_____/s/_____
Rick Boyer, Esq.