CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

7/17/2024
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| MARTIN MISJUNS, ) | |
| ) | |
| ) | Civil Action No. 6:21-cv-00025 |
| Plaintiff, ) | |
| ) | By: Hon. Robert S. Ballou |
| v. ) | United States District Judge |
| ) | |
| CITY OF LYNCHBURG, et al., ) | |
| ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons stated in the accompanying memorandum opinion and pursuant to the Court's authority under Fed. R. Civ. P. 54(b) to modify its own interlocutory judgments, *see Fayetteville Investors v. Commercial Builders, Inc.*, 936 F.2d 1462, 1472 (4th Cir. 1991), the Court's prior order on Defendants' Motion to Dismiss, Dkt. 37, is amended to dismiss all claims against the City of Lynchburg. As there are no claims remaining, the case is **DISMISSED**.

Entered: July 17, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge