UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| MARTIN MISJUNS, ) | |
| ) | |
| *Plaintiff,* ) | |
| v. ) | Civil Action No. 6:21cv00025 |
| ) | |
| CITY OF LYNCHBURG, ) | |
| ) | |
| *Defendant.* ) | |

### MOTION FOR WITHDRAWAL OF INDIVIDUAL ATTORNEY

Kristin B. Wright (VSB No. 41314), having previously noted an appearance in this matter on behalf of the Defendant, respectfully moves this Court to approve the withdrawal of her appearance as counsel in the above-referenced matter. For the avoidance of doubt, this withdrawal is to the individual attorney only due to her departure from the firm. Royer Law Firm, P.C., and the remaining counsel of record will continue representation hereafter, and all documentation should be given to the firm as set forth below:

> Jennifer D. Royer, VSB No. 68099
> ROYER LAW FIRM, PC
> 3042 Brambleton Ave, S.W.
> Roanoke, Virginia 24015
> Telephone – 540-788-2982
> Facsimile – 540-675-4093
> jroyer@royerlawfirm.com
> cfore@royerlawfirm.com
> *Counsel for Defendant*

Respectfully Submitted,

By: /s/ Kristin B. Wright

Jennifer D. Royer, VSB No. 68099
Kristin B. Wright, VSB No. 41314
ROYER LAW FIRM, PC
3042 Brambleton Ave., S.W.
Roanoke, Virginia 24015
Telephone – 540-788-2982
Facsimile – 540-675-4093
kwright@royerlawfirm.com

*Counsel for Defendant*

## CERTIFICATE

I hereby certify that on the 31st day of October, 2024, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Rick Boyer, Esq.
FAIRCHILD & YODER, PLLC
18264 Forest Rd.,
Lynchburg, Virginia 24551

/s/ Kristin B. Wright
Kristin B. Wright, VSB # 41314
ROYER LAW FIRM, P.C.
3042 Brambleton Avenue SW
Roanoke, Virginia 24015
540.788.2982  Telephone
540.675.4093  Facsimile
kwright@royerlawfirm.com
*Counsel for Defendant*