CLERKS OFFICE U.S. DIST. COURT
LYNCHBURG, VA
FILED

March 30, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ B. McAbee
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | | |
|---|---|---|
| **MARTIN MISJUNS,** | ) | |
| | ) | |
| | ) | **Civil Action No. 6:21-cv-00025** |
| **Plaintiff,** | ) | |
| | ) | **By: Hon. Robert S. Ballou** |
| **v.** | ) | **United States District Judge** |
| | ) | |
| **CITY OF LYNCHBURG et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, Plaintiff's Motion for

Relief of Judgment, to Reopen Case and to Permit Amendment of Complaint under Rule 60(b) of

the Federal Rules of Civil Procedure (Dkt. 120) is **DENIED**.


Entered:  March 30, 2026

*Robert S. Ballou*

Robert S. Ballou
United States District Judge